REC'D BY ___ D.C.
JUN 05 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____      – Civ

2:20cv14181

Gang Chen ,

    Plaintiff

vs.

China Green Agriculture, Inc.,

Zhuoyu Li and Yongcheng Yang

    Defendants

## COMPLAINT ALLEGING SECURITIES FRAUD

I, Gang Chen, plaintiff, in the above styled cause, sue defendants: China Green Agriculture, Inc.("CGA"), Zhuoyu Li("Li") and Yongcheng Yang("Yang"). This action is filed under Sections 10(b), 20(a) and 21B(b)(3) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 thereunder 17 CFR 240.10b-5 against defendants for engaging in a Fraudulent Financial statement scheme which damaged minority stockholders, including Plaintiff. Defendants intentionally cause fake statements of material information in the company quarterly and annual financial reports with fake revenue, income, shipment

1

volume, Income tax and other financial data. Plaintiff seeks recover of actual damages in excess of $1.25 million and extra $500,000 or more from CGA and $100,000 from each individual defendants of Punitive damage for the fraud.

### JURISDICTION AND VENUE

This Court has subject-matter jurisdiction over this action pursuant to Sections 21(d)(1), 21(d)(3)(A), 21(e) and 27(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78u(d)(1), 78u(d)(3)(A), 78u(e) & 78aa(a)

The venue is proper pursuant to 28 U.S. Code 1391(b)(2). "a substantial part of the events occurred and a substantial part of plaintiff's property that is the subject of the action is situated in Vero Beach, Florida. The Plaintiff, Gang Chen, is a resident of Florida. Plaintiff read the fraudulent financial statement therefore purchased and sold the company stock in Florida throughout the relevant period. The cause of action accrued in Florida.

Although the Defendant CGA is incorporated in Nevada, they operate all their business and keep all their property in the People's Republic of China, while the Individual Defendants all reside in China.

### PARTIES

1. Plaintiff Gang Chen, a retired Florida citizen and a private investor. Plaintiff has been trading CGA stock online from home

since December 2016. Plaintiff purchased CGA common stock mainly based on the fraudulent financial statement therefore suffered damages over $1.25 million as a result of defendants' violations of the federal securities laws alleged herein

2. Defendant CGA is a public company, incorporated in Nevada, operated in China and listed on the New York Stock Exchange. CGA is engaged in research, development, manufacture and distribution of fertilizers and Agriculture products mainly through its wholly-owned Chinese subsidiaries: Jinong Shaanxi TechTeam Jinong Humic Acid Product Co., Ltd. ("Jinong"), and Beijing Gufeng Chemical Products Co., Ltd., ("Gufeng") and Yuxing Agriculture Technology Development Co., Ltd. ("Yuxing"). Among the three major subsidiaries, Gufeng will be focused in the complaint. CGA ceased investor relation activities in 2018 and, as of May 2020, has not held an earning call for 10 quarters. CGA kept filing quarter and annual reports with SEC. However, all the reports are false and misleading. CGA made a reverse stock split of the Company's Common Stock at a ratio of 1-for-12 on June 28, 2019 due to the previous stock price long time traded below $1 minimum. Because their suspicious and deceptive behaviors, the stock price dropped from $19.20, the highest close price of the relevant period, on first week of January, 2018 to the lowest $1.84 on March 9, 2020; now it is trading around $2.60.

3. The Individual Defendants: Zhuoyu Li is CEO and chairman of the board of directors since 2017, president since 2016 and Yongcheng Yang is chief financial officer since 2017 and Vice President of Finance since 2016.

4. Defendants Li and Yang are collectively referred to hereinafter "Individual Defendants." The Individual Defendants, because of their positions with CGA, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases, and presentations to investors. Each of the individual defendants was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of the Individual defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from the public.

**DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS CAUSE SUBSTANTIAL LOSSES TO INVESTORS**

5. the first CGA financial statement Plaintiff ever read is CGA quarterly report, form 10-q, for the quarterly period ended September 30, 2016. According to this financial statement,

CGA has cash and cash equivalents $108, 121,059, total asset $412,443,256, total liability $84,444,713; net sales $61,884,622, net income $7,351,580. CGA has total 3137384 (37648605 12/1 split) outstanding shares, stock market price $17.40 at that time. Therefore the stock has price/book 0.14, price/earning 1.88, price/sale 0.2 and each share has cash $34. The stock seems so attractive to an ordinary private investor, like Plaintiff.

6. Since then, Plaintiff has read total 11 of quarterly reports of 10Q and 3 of Annual reports of 10K filed by CGA. Most of the reports with similar attractive financial data as their first financial statement Plaintiff first read.

7. For example, in the last annual report for fiscal year ended June 30, 2019, it stated: cash and cash equivalents $72,259,804, total asset $480,000,359, total liability $35,669,918; net sales $294,320,803, net income $11,590,395.

8. Another example, in the last quarter report for quarterly period ended March 31, 2020, it stated, cash and cash equivalents $41,311,137, total asset $395,274,720, total liability $ 79,682,492; net sales $85,826,689, net loss $50,222,309. Here CGA suddenly reported a huge loss.

9. Basically, most of CGA's quarterly and annually are very attractive to me while the stock price had kept falling. Therefore, Plaintiff became skeptical. To verify the truth Plaintiff made two special trips to China.

10. First trip. Plaintiff was attending CGA's annual meeting in June 2018 and visiting CGA factories. Gufeng is CGA's main subsidiary. It is located in the suburb of Beijing. Before Plaintiff went to the annual meeting at CGA's headquarter office in Xi'an China, I requested CGA twice by emails for permission of site visiting to Gufeng factory. CGA did not respond my first request. Later, CGA responded to my 2nd email saying they would arrange me to visit their 2 subsidiaries, Jinong and Yuxing, in Xi'an area when attending the annual meeting. I did visit Jinong and Yuxing and found everything normal there. During the meeting, I asked defendant Li personally again for visiting Gufeng. Li told me the factory was in the maintenance now and it would resume normal production by end of June and He would arrange the site visit for me then. However, later in July when I requested for the real visit to Gufeng no one responded my email request. Plaintiff visited the site anyway but only viewing from outside of the factory. I stayed outside for 2 hours, seeing only 2 trucks waiting outside the factory for loading. Plaintiff thought the scheduled maintenance had not finished.

11. Second trip. Between February and May 2019, plaintiff visited Gufeng factory personally without notifying defendants. Plaintiff also sent several other people to observe the factory. The most valuable information was from a local observer who was able to watch the factory everyday. Then Plaintiff got confirmation, all

the Financial data for Gufeng in the quarterly and annual reports officially filed with SEC are false intentionally for misleading purpose.

12. Truth about Gufeng. According to recent 3 of CGA annual reports, Gufeng sold approximately 309,882 metric tons of fertilizer products in 2017, 308,098 metric tons in 2018 and 389,544 metric tons in 2019. Therefore, average yearly shipment out of Gufeng should be 339840 Metric tons. This number is only for finished products. To make the products, at least the same amount raw materials is needed. Therefore, 335,840 times 2, shipment in and out together should be 671,680 metric tons. If 300 days are normal working days a year, the whole year amount 671,680 divided by 300 days, 2,238 metric tons shipment should pass through the entrance of the factory. Supposed average load capacity of a truck is 30 metric tons, at least 75 trucks should enter the gate and 75 trucks exit the gate. However, the truth is during the last 2 years, average traffic in-out traffic has been less than 2 trucks a day. Sometime, especially recent weeks, not even 5 trucks a week. According to a local observer.

**13.** Gufeng is a main contributor of sales and income for CGA. According to last 3 years CGA annual reports: in 2017, the whole company net sales total: $285,213,040, Gufeng sales $104,446,239, account 37%; 2018 net sales total: $287,053,530, Gufeng sales $112,983,573, account 39%; 2019, net sales total:

$294,320,803, Gufeng $136,285,236, account 46%. So, on average Gufeng's contribution to total sales is 41%. As for the income, 2017 the whole company operation income $31,977,771, Gufeng $8,286,761, account 26%; 2018 total operation income: $29,801,787, Gufeng $10,151,272, account 34%; In 2019, total operation income: $18,804,748, Gufeng $14,076,655 account 74%; Therefore, on average Gufeng contribution to income is 45%. Therefore, Gufeng's financial data is very significant: if Gufeng's data is fake, a logical reasoning will be that the whole financial reports are 100% fake. Furthermore, If recent 3 years data fake, it is very possible the data of previous years also fake.

## Plaintiff suffered seriously damages by the False financial statement

14. Plaintiff started purchase of CGA stock from middle of December 2016, purely attracted by CGA's quarterly and annually reports filed with SEC. Plaintiff's holding volume grew rapidly mainly trapped by the fake data from beginning zero, added to over $1.5 million of shares in middle of 2018 when Plaintiff was attending CGA annual meeting. During the annual meeting, defendants showed me other 2 factories in Xi'an, Plaintiff still believe the CGA proxy materials and the stories defendants told were true, even though I viewed outside of Gufeng and only saw 2 trucks there. So Plaintiff still did not reduce the investment with

CGA and keep the position level even when the stock price started sharply dropping. But finally Plaintiff became suspicious therefore went to China in second trip in February 2019 then found the truth. After Plaintiff confirmed that all CGA's financial statement were false, Plaintiff gradually reduced the holding. After CGA's last annual report came out October 15, 2019, I decide to expedite unloading CGA stock. Plaintiff only has about $7500 with 3000 shares now. By trading CGA stock, Plaintiff suffered damages over $1.25 million as a result of the violations of the federal securities laws alleged herein.

## COUNT I

## For Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants

15. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein. During the relevant period, Defendants carried out a plan, scheme, and course of conduct which was intended to and, throughout the relevant Period, did: (i) deceive the investing public, including Plaintiff as alleged herein; and (ii) cause Plaintiff to purchase CGA common stock at artificially inflated prices. Defendants: (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged

in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's common stock in an effort to maintain artificially high market prices for CGA common stock in violation of Section 10(b) of the Exchange Act and Rule 10b-5, promulgated thereunder. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about the Company's financial well-being, operations, and prospects. During the relevant period, Defendants made the false statements specified above, which they knew or recklessly disregarded to be false and misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading. Defendants had actual knowledge of the misrepresentations and omissions of material fact set forth herein, or recklessly disregarded the true facts that were available to them. Defendants engaged in this misconduct to conceal CGA true condition from the investing public and to support the artificially inflated prices of the Company's common stock. Plaintiff has suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for CGA common stock. Plaintiff would not have purchased the Company's common stock

at the prices they paid, or at all, had they been aware that the market prices for CGA's common stock had been artificially inflated by Defendants' fraudulent course of conduct. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff suffered damages in connection with their respective purchases of the Company's common stock during the relevant Period. By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5, promulgated thereunder.

**COUNT II**

**For Violations of Section 20(a) of the Exchange Act Against the Individual Defendants**

16. Plaintiff repeats, incorporates, and realleges each and every allegation above as if fully set forth herein. The Individual Defendants acted as controlling persons of CGA within the meaning of Section 20(a) of the Exchange Act. By virtue of their high-level positions, participation in and/or awareness of the Company's operations, direct involvement in the day-today operations of the Company, and/or intimate knowledge of the Company's actual performance, and their power to control public statements about CGA, the Individual Defendants had the power and ability to control the actions of CGA and its employees. By reason of such conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.

## PRAYER FOR RELIEF

17. WHEREFORE, Plaintiff prays for judgment as follows:

18. Awarding compensatory damages in favor of Plaintiff against all Defendants, jointly and severally, for the damages of $1.25 million or more I actually suffered as a result of Defendants' fraud;

19. Awarding punitive damages of $500,000 or more permitted by law considering defendant committed Third Tier violation specified by SEC. 21B(b)(3) of Exchange ACT.

20. Awarding pre-judgment interest, as well as reasonable attorneys' fees and other costs, as permitted by law; and

21. Awarding such other and further relief as this Court may deem just and proper.

## JURY DEMAND

22. Plaintiff demands a trial by jury.

Dated: June 2, 2020

Respectfully submitted,
Gang Chen
5493 Antigua Circle
Vero Beach, FL 32967
Telephone: (610)247-7515






**UNITED STATES POSTAL SERVICE** — **Click-N-Ship®**

9481 7036 9930 0037 6218 37 0263 5003 0053 4950

$26.35 US POSTAGE Flat Rate Env
06/02/2020   3 lb 0 oz   Mailed from 19118   062S0000001310

**PRIORITY MAIL EXPRESS 2-DAY™**

GANG CHEN
7601 CRITTENDEN ST
A4
PHILADELPHIA PA 19118-3243

Scheduled Delivery Date: 06/04/20

**0007**

C007

SIGNATURE REQUIRED

SCHEDULED DELIVERY 3:00 PM

SHIP TO:
CLERK COURT
SOUTHEN DISTRICT OF FLORIDA OF US FEDERAL
101 S US HIGHWAY 1
RM 1016
FORT PIERCE FL 34950-4209

**USPS SIGNATURE TRACKING #**

9481 7036 9930 0037 6218 37

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PRIORITY MAIL FLAT RATE POSTAGE REQUIRED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.