UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-14181-MARRA

GANG CHEN,

    Plaintiff,

vs.

CHINA GREEN AGRICULTURE, INC.,
ZHUOYU LI and YONGCHENG YANG,

    Defendants.
_____/

### ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

The *pro se* Plaintiff, Gang Chen, brought this action against China Green Agriculture, Inc. ("China Green"), a company based in the People's Republic of China, and two of its officers, Zhuoyu Li ("Li") and Yongcheng Yang ("Yang"), individuals residing in China, alleging multiple counts of securities fraud. Defendants moved to dismiss based on improper venue, lack of personal jurisdiction and insufficiency of service of process [DE 17]. On September 28, 2020, the Court ruled that venue did not lie in the Southern District of Florida under 15 U.S.C. § 78aa, and ordered the parties to show cause why the case should not be transferred to the Southern District of New York or other proper forum under 28 U.S.C. §1404(a) [DE 31].

The parties have since filed their respective positions on the proposed transfer. In his response submitted on October 15, 2020, Plaintiff essentially asks the Court to reconsider its ruling on venue in this District [DE 32]. The Court, however, finds no additional allegations or evidence proffered to support an alteration of its original analysis of the venue issue. Defendants do not

oppose transfer to the Southern District of New York [DE 33].

It is accordingly **ORDERED AND ADJUDGED**:

1. This case is **TRANSFERRED** to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §1404(a).

2. Defendants' request for dismissal based on insufficient service of process is **DENIED WITHOUT PREJUDICE** to its renewal before the transferee court.

3. Defendant's motion for imposition of vexatious litigation attorneys' fees under 28 U.S.C. §1927 [DE 27] is **DENIED.**

4. The Clerk of Court is directed to **CLOSE** the case file in this District and terminate any other pending motions in this file as MOOT**.**

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 2nd day of November, 2020.

KENNETH A. MARRA
United States District Judge

cc.  All counsel
     Gang Chen, *pro se*